# EXHIBIT A

Gabriel L. Pardo
Tel: 213-232-5164
gpardo@cohen-williams.com

COHEN WILLIAMS LLP

April 17, 2020

<u>VIA EMAIL & USPS</u>

Warden
FCI Forrest City Low
1400 Dale Bumpers Road
Forrest City, Arkansas 72335
FOR/ExecAssistant@bop.gov

**Re: Steven D. Lavy, Fed. Reg. No. 28737-031: Request for Compassionate Release/Reduction in Sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A) and Bureau of Prisons Program Statement 5050.50**

Dear Warden:

I represent Steven D. Lavy (Fed. Reg. No. 28737-031), who is housed at FCI Forrest City Low.  I write to request, on Mr. Lavy's behalf, that the Bureau of Prisons ("BOP") file a motion for compassionate release/reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and Bureau of Prisons Program Statement 5050.50.  The basis for Mr. Lavy's request is discussed below.

## I.   <u>Mr. Lavy Is Uniquely Vulnerable to COVID-19, Which Is Spreading Rapidly at FCI Forrest City Low</u>

On March 11, 2020, the World Health Organization ("WHO") characterized COVID-19 as a pandemic.[1]  On March 13, 2020, President Donald J. Trump proclaimed that the COVID-19 outbreak in the United States constitutes a national emergency.[2]  As

---

[1] WHO, WHO Director-General's opening remarks at the media briefing on COVID-19 (March 11, 2020), *available at* https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020 (last accessed April 17, 2020).

[2] The White House, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak (March 13, 2020), *available at* https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last accessed April 17, 2020).

of April 14, 2020, a total of 632,548 cases and 31,071 deaths had been reported in the United States.[3]  **Most importantly, at least thirty-five inmates at FCI Forrest City Low have now tested positive for COVID-19.**[4]

The COVID-19 outbreak at FCI Forrest City Low poses a severe threat to Mr. Lavy, in particular.  Mr. Lavy has suffered from hypertension for decades.  *See* Presentence Report, ¶ 54.  The Centers for Disease Control and Prevention ("CDC"),[5] the WHO,[6] and numerous courts and commentators[7] have all recognized that individuals with hypertension face a heightened risk of severe disease or death from COVID-19.  Mr. Lavy also suffers from bipolar I disorder and major depressive disorder, resulting in an immunocompromised state that further heightens his risk from COVID-19.[8]

"Social distancing"—as urged by medical professionals and the federal government—is impossible to achieve while Mr. Lavy is incarcerated at FCI Forrest City

---

[3] CDC, Cases in U.S., *available at* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html (last updated April 14, 2020) (last accessed April 17, 2020).

[4] *See* https://www.bop.gov/coronavirus/ (last accessed April 17, 2020).

[5] *See* CDC, Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19), *available at* www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html (last updated April 3, 2020) (last accessed April 17, 2020) (noting that "[h]eart disease, hypertension, prior stroke, diabetes, chronic lung disease, and chronic kidney disease have all been associated with increased illness severity and adverse outcomes" from COVID-19).

[6] *See* WHO. Report on the WHO-China Joint Mission on Coronavirus Disease 2019 (COVID-19), at pg. 12 (February 28, 2020), *available at* www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf (noting that "[i]ndividuals at highest risk for severe disease and death" from COVID-19 include "those with underlying conditions such as hypertension . . . .").

[7] *See, e.g., United States v. Sawicz*, No. 08-CR-287 (ARR), 2020 WL 1815851, at *2 (E.D.N.Y. Apr. 10, 2020) (citing "the fact that the defendant is at risk of suffering severe complications if he were to contract COVID-19 because of his hypertension" in support of compassionate release grant); *Ortuno, et al., v. Jennings, et al.,* No. 20-CV-02064-MMC, 2020 WL 1866122, at *1 (N.D. Cal. Apr. 14, 2020) (noting that the CDC and "several medical studies have found persons with hypertension are at . . . higher risk" from COVID-19); Todd Neale, TCTMD, New Wuhan Data Confirm High Hypertension Rate in COVID-19 Deaths (April 10, 2020) ("The majority of patients who die of COVID-19 have at least one comorbidity, with hypertension being a frequent culprit, a case series confirms.").

[8] *See* CDC, Coronavirus Disease 2019 (COVID-19): People who are at higher risk for severe illness, *available at* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html (last updated April 15, 2020) (last accessed April 17, 2020) (noting that "[p]eople who are immunocompromised" are "at high-risk for severe illness from COVID-19").

Low.  Yet this is precisely what is needed, in light of the existing COVID-19 outbreak at FCI Forrest City Low and Mr. Lavy's heightened risk of severe illness and death.

## II.    Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) And Bureau of Prisons Program Statement 5050.50 is Warranted in This Case

Extraordinary and compelling reasons warrant a reduction in Mr. Lavy's sentence. *See* 18 U.S.C. § 3582(c)(1)(A)(i).  The extraordinary and compelling reasons here include the unprecedented and increasingly dire COVID-19 pandemic; the existence of a severe COVID-19 outbreak at FCI Forrest City Low; and COVID-19's unique impact on Mr. Lavy as a 58-year-old hypertension, bipolar I, and major depressive disorder sufferer. During the past 15 years he has taken lithium and other prescription psychotropic medications, which has further exacerbated his immunocompromised state and amplified his risk from COVID-19.   Accordingly, the BOP should bring an immediate and emergency motion for Mr. Lavy's compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Should such a motion be made and granted, Mr. Lavy will secure temporary housing with the assistance of his attorney, Mr. Stephen A. Spataro.  Mr. Lavy's financial and health care needs will be covered by an existing disability insurance policy.

As this is an emergency, I look forward to a prompt response to the above request for action.

Regards,

*/s/ Gabriel L. Pardo*

Gabriel L. Pardo
COHEN WILLIAMS LLP
Attorney for Steven D. Lavy

cc: J.D. Crook, CLC Leader, FTC Oklahoma City (jdcrook@bop.gov)