# EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

P.O. Box 7000
Forrest City, AR 72336-7000

COHENWILLIAMS
C/O Gabriel L. Pardo
724 South Spring Street
9th Floor
Los Angeles CA  90014

May 7, 2020

RE:   LAVY, Steven D.
      Reg. No. 28737-031

Dear Mr. Pardo:

This is in response to your correspondence concerning a compassionate release for Steven D. Lavy based on concerns of COVID-19.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus.  However, your concern about Steven D. Lavy being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from his sentence.

I trust this addresses your concerns.

Sincerely,

_DeWayne Hendrix_  
DeWayne Hendrix  
Complex Warden

5/11/2020  
Date